**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

ROBERT CHUSID,                   :

      Plaintiff(s),   :   Civ. 19-5577(MCA)

  v.                                :

TOWN SPORTS INTERNATIONAL, LLC
d/b/a NEW YORK SPORTS CLUB,      :   O R D E R

      Defendant(s).   :

---

It appearing that the defendants having filed for relief under Chapter 11 of the United States Bankruptcy Code,

It is on this 22nd day of September, 2020,

O R D E R E D that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown.

                                                      s/Madeline Cox Arleo
                                                     HON. MADELINE COX ARLEO
                                                     United States District Judge